## 58988. McGAHEE v. THE STATE.

DEEN, Chief Judge.

Joseph McGahee was tried and convicted of impersonating an officer and theft by taking. He brings this appeal asserting the general grounds.

After reviewing the entire record, " 'we find that a rational trier of fact could reasonably have found from the evidence adduced at trial proof of guilt of the defendant beyond a reasonable doubt.' [Cit.]" *Brown v. State,* 152 Ga. App. 144 (1979). The evaluation of explanations is solely a jury question. *James v. State,* 150 Ga. App. 357 (258 SE2d 39) (1979).

*Judgment affirmed. Shulman and Carley, JJ., concur.*

ARGUED NOVEMBER 6, 1979 — DECIDED
JANUARY 9, 1980.

*Vernon S. Pitts, Jr., Michael E. Hancock,* for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Benjamin H. Oehlert, III, Assistant District Attorneys,* for appellee.